

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,462-01

### EX PARTE JOHN ANTHONY MORA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 19-CRF-0130-A IN THE 105TH DISTRICT COURT FROM KLEBERG COUNTY

*Per curiam.*

### O P I N I O N

Applicant pleaded guilty to of unlawful possession of a firearm by a felon and was placed on community supervision for ten years. Following revocation of his community supervision, the trial court sentenced to five years' imprisonment. Applicant did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that his judgment revoking community supervision in this case incorrectly includes an affirmative deadly weapon finding. The State and the trial court agree that the affirmative deadly weapon finding is improper and recommend that it be deleted from the judgment. We agree.

Relief is granted. The judgment in cause number 19-CRF-0130 in the 105th District Court of Kleberg County is reformed to delete the words "YES, A FIREARM" from the "Findings on Deadly Weapon." The judgment in this case shall contain no affirmative finding of the use or exhibition of a deadly weapon. All other relief is denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Parole Division.

Delivered: March 6, 2024
Do not publish